```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03989
   DOROTHY GEE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3251


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/06/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG          .00          .00          .00
CITIMORTGAGE INC           MORTGAGE ARRE      7966.29          .00          .00
COOK COUNTY TREASURER      SECURED             322.00          .00        37.52
CREDIT ACCEPTANCE          SECURED VEHIC         .00           .00          .00
VILLAGE OF ROBBINS         SECURED            3500.00          .00       473.62
ILL DEPT OF ECON SEC       PRIORITY        NOT FILED           .00          .00
NATIONAL CAPITAL MANAGEM   UNSEC W/INTER      438.52           .00          .00
DISH NETWORK               UNSEC W/INTER  NOT FILED            .00          .00
ASPEN/FB&T                 UNSEC W/INTER  NOT FILED            .00          .00
SBC                        UNSEC W/INTER      387.99           .00          .00
CITY OF CHICAGO PARKING    UNSEC W/INTER      200.00           .00          .00
LIGHTYEAR NETWORK SOLUTI   UNSEC W/INTER  NOT FILED            .00          .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER      398.34           .00          .00
AT&T/SBC/ILLINOIS FACC     UNSEC W/INTER  NOT FILED            .00          .00
CINGULAR WIRELESS          UNSEC W/INTER  NOT FILED            .00          .00
RADIOLOGY CENTER           UNSEC W/INTER  NOT FILED            .00          .00
SOUTH SUBURBAN HOSPITAL    UNSEC W/INTER  NOT FILED            .00          .00
NICOR GAS                  UNSEC W/INTER  NOT FILED            .00          .00
MCI COMMUNICATIONS         UNSEC W/INTER  NOT FILED            .00          .00
MCI COMMUNICATIONS         UNSEC W/INTER  NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     1561.97           .00          .00
UNITED CREDIT UNION        UNSEC W/INTER      547.96           .00          .00
USAONENCUBU                UNSEC W/INTER  NOT FILED            .00          .00
B-LINE LLC                 UNSEC W/INTER      980.71           .00          .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER     1548.92           .00          .00
HOMEQ SERVICING            SECURED NOT I         .00           .00          .00
HOMEQ SERVICING            SECURED NOT I    22005.68           .00          .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       84.00           .00        84.00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER      246.92           .00          .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    18280.69           .00          .00
TRI-CAP INVESTMENT PARTN   UNSEC W/INTER      597.07           .00          .00
JEFFERSON CAPITAL SYSTEM   FILED LATE            .00           .00          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03989 DOROTHY GEE
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,500.00                    1,135.19
TOM VAUGHN                TRUSTEE                                       119.67
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,850.00

PRIORITY                                            84.00
SECURED                                            511.14
UNSECURED                                              .00
ADMINISTRATIVE                                   1,135.19
TRUSTEE COMPENSATION                               119.67
DEBTOR REFUND                                          .00
                       ---------------      ---------------
TOTALS                    1,850.00              1,850.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/22/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE